AO 94
(Revised 8/97)

# COMMITMENT TO ANOTHER DISTRICT
(Rule 5(c), Federal Rules of Criminal Procedure)

| UNITED STATES DISTRICT COURT | DISTRICT |
|---|---|
| | District of Massachusetts |

| UNITED STATES OF AMERICA | DOCKET NO. | |
|---|---|---|
| | District of Arrest | 05-MJ-53-LTS |
| v. | District of Offense | 8:04CR308-T-26-TGW |
| | MAGISTRATE JUDGE CASE NO. | |
| DIONOSEO SERRANO | District of Arrest | 05-MJ-53-LTS |
| | District of Offense | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ indictment  ☐ information  ☐ complaint  ☒ Other (specify)  Petition for violation of supervised release

charging a violation of

| DISTRICT OF OFFENSE | DATE OF OFFENSE |
|---|---|
| Middle District of Florida | February 22, 2004 |

**DESCRIPTION OF CHARGES:**

Violation of supervised release indicated in the petition filed by United States Probation.

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  ☐ Federal Defender Organization  ☒ CJA Attorney  ☐ None

**Interpreter Required?** ☒ No  ☐ Yes  Language:

MASSACHUSETTS

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

August 8, 2005
Date                              United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |